# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC WHEELER, | No. 4:19-CV-01445 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN USP CANAAN, | |
| Respondent. | |

## ORDER

### JULY 28, 2020

Petitioner Eric Wheeler filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 regarding the loss of good time credit pursuant to prison disciplinary proceedings.[1] On April 27, 2020, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending the denial of the petition. No timely objections were filed. Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[2] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[3] Upon review of the record, the Court finds no clear error in Magistrate Judge Arbuckle's conclusion that the petition should be denied. Consequently, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. 8) is **ADOPTED**.

---

[1] *See* Petition for a writ of habeas corpus (ECF No. 1).
[2] FED. R. CIV. P. 72(b), advisory committee notes; see Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).
[3] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

2. Petitioner Eric Wheeler's Petition for a writ of habeas corpus (Doc. 1) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge